COMMONWEALTH *vs.* MATURIN BALLOU.

Upon the trial of a criminal cause in the Superior Court on appeal, a copy of a warrant issued by a police court, certified by the clerk of the court to be a true copy, and bearing the seal of the court, is sufficient evidence that the original warrant was under seal.

COMPLAINT to the District Court of Northern Berkshire, charging that the defendant was a common seller of intoxicating liquor.

In the Superior Court upon appeal, the defendant, before the empanelling of the jury, moved that the proceedings be quashed and dismissed, because the original warrant appeared not to have been sealed according to law. The motion was overruled by *Pitman*, J., and afterwards, the jury having returned a verdict of guilty, the defendant alleged exceptions.

*A. J. Waterman*, for the defendant.

*C. R. Train*, Attorney General, for the Commonwealth.

GRAY, C. J. The copy certified by the Clerk of the District Court to be a true copy bears an impression of the seal of that court, and thereby sufficiently shows that the original warrant was under seal. *Exceptions overruled.*